July 19, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

RONALD KEITH BLOOMINGKEMPER, UNITED SECURITIES ALLIANCE, INC., AND MARKETING ALLIANCE, INC., Appellants

NO. 14-08-00651-CV                    V.

JOHN W. MCCAIN, SAVANNA MCCAIN, TIM SHOULDERS, MICHELLE SHOULDERS, TERRY YARBROUGH, MARK YAWS, AMY YAWS, KAREN WESSELS, BETTY J. WEST, BOBBY L. WEST, MICHAEL B. COCUREK, JAMES PETKAS, LEAH D. PETKAS, JAMES A. TOUCHSTONE, KEVIN WASNER, INTREPID INTERNATIONAL INVESTMENTS, INC., ARMANDO LOPEZ, HILDA PEREZ LOPEZ, AND MAXIMO H. MARTINEZ, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 16, 2008. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Ronald Keith Bloomingkemper, United Securities Alliance, Inc., and Marketing Alliance, Inc.

We further order this decision certified below for observance.